Johnathon Fayeghi, Esq.
Nevada Bar No.: 12736
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile:  (702) 360-0000
Email: jfayeghi@sklar-law.com
        dbarney@sklar-law.com

Efrem Schwalb, Esq.  (*Pro Hac Vice*)
KOFFSKY SCHWALB LLC
500 Seventh Avenue, 8th Floor
New York, New York 10018
Telephone: (646) 553-1590
Facsimile: (646) 553-1591
Email: eschwalb@koffskyschwalb.com

*Attorneys for Plaintiff*
*Flycatcher Toys, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FLYCATCHER TOYS, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>v.<br><br>VERGARA TRUCKING LLC, a California limited liability company; WORLD ROUTE TRANSLINE INC., a California corporation; US LOGISTICS LLC, an Ohio limited liability company; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>              Defendants. | Case No. 2:25-cv-00937-JCM-EJY<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT VERGARA TRUCKING LLC** |

    IT IS HEREBY STIPULATED and AGREED between Plaintiff Flycatcher Toys Inc., by and through its counsel, Sklar Williams PLLC and Koffsky Schwalb LLC, and Defendant Vergara Trucking LLC ("Vergara"), by and through their counsel, Mokri Vanies & Jones, LLP,

that all of Plaintiff's claims and causes of action against Defendants in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

Dated this 12th day of December, 2025

| SKLAR WILLIAMS PLLC | MOKRI VANIS & JONES, LLP |
|---|---|
| /s/ David B. Barney | *[signature: Todd A. Jones]* |
| Johnathon Fayeghi, Esq.<br>Nevada Bar No.: 12736<br>David B. Barney, Esq.<br>Nevada Bar No.: 14681<br>410 South Rampart Boulevard, Suite 350<br>Las Vegas, Nevada 89145<br>Telephone: (702) 360-6000<br>Facsimile:  (702) 360-0000<br>Email: jfayeghi@sklar-law.com<br>         dbarney@sklar-law.com | Todd A. Jones (Nevada Bar No. 12983)<br>tjones@mvjllp.com<br>Destiney J. Johnson (Nevada Bar No. 16416)<br>djohnson@mvjllp.com<br>8831 West Sahara Avenue<br>Las Vegas, NV 89117<br>Telephone: 916.306.0434<br>Facsimile: 949.226.7150<br><br>*Attorneys for Defendant*<br>*Vergara Trucking LLC* |
| Efrem Schwalb, Esq.<br>KOFFSKY SCHWALB LLC<br>500 Seventh Avenue, 8th Floor<br>New York, New York 10018<br>Telephone: (646) 553-1590<br>Facsimile: (646) 553-1591<br>Email: eschwalb@koffskyschwalb.com | |
| *Attorneys for Plaintiff*<br>*Flycatcher Toys, Inc.* | |

**ORDER**

IT IS SO ORDERED December 15, 2025.

_____
UNITED STATES DISTRICT JUDGE